JUDGE PRESKA

07 CV 6692

JOHN MONTGORIS and
SHEILA MONTGORIS,
      Plaintiffs,

v.

GENERAL ELECTRIC CO., ET AL.
      Defendants.

SUPREME COURT OF
NEW YORK

NEW YORK COUNTY

INDEX NO. 106528/07

NEW YORK
COUNTY CLERK'S OFFICE

JUL 25 2007

NOT COMPARED
WITH COPY FILE

## NOTICE OF NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE SUPREME COURT:

    Please take notice that Defendants' Notice of Removal of the above-entitled action from the Supreme Court of the State of New York, New York County, to the United States District Court for the Southern District of New York, (a copy of which Notice [without exhibits] is attached as Exhibit "A") was duly filed in the United States District Court for the Southern District of New York, on the 25th day of July, 2007.

    Defendants General Electric Company and Foster Wheeler, L.L.C., upon filing of Defendants' Notice of Removal and a copy of the Notice with the Clerk of the state court, has effected this removal in accordance with 28 U.S.C. § 1446(d). This Court is respectfully requested to proceed no further in this action, unless and until such time as the action may be remanded by order of the United States District Court.

Respectfully submitted,

Sedgwick, Detert, Moran & Arnold LLP
Three Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 242-0002

By: _____
Michael A. Tanenbaum

**ATTORNEYS FOR DEFENDANTS:**

GENERAL ELECTRIC COMPANY AND
FOSTER WHEELER, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to Plaintiffs' counsel via hand delivery and all known counsel of record via regular mail on this 25th day of July, 2007.

**Via Hand Delivery**

Michael Roberts, Esq.
WEITZ & LUXENBERG
180 Maiden Lane
New York, New York 10038-4925
(212) 558-5500
ATTORNEYS FOR PLAINTIFFS

All Known Defense Counsel (via regular mail)

_____
Michael A. Tanenbaum