UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

John A. Montgoris, et al.

**Plaintiff**

-v-

GENERAL ELECTRIC COMPANY, ET AL.

**Defendant**

Case No.

**Rule 7.1 Statement**



JUL 25 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for GENERAL ELECTRIC COMPANY (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

General Electric Company is a publicly held entity.  General Electric Company has no parent corporation and no publicly held corporation owns more than 10% of its stock

Date: July 23, 2007

Signature of Attorney
Michael A. Tanenbaum

**Attorney Bar Code:**

Form Rule7_1.pdf