Case 1:07-cv-06692-RJH Document 5 Filed 09/19/2007 Page 1 of 3



A CERTIFIED TRUE COPY
SEP - 6 2007
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION



SEP 19 2007
U.S. DISTRICT COURT
S.D. OF N.Y.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 21 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 875

### IN RE Asbestos Products Liability Litigation (No. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-286)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 771 F.Supp. 415 (J.P.M.L. 1991). Since that time, 82,366 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

TRUE COPY CERTIFIED TO FROM THE RECORD
9-10-07
Tom Dorsey
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Page 1 of 2

# SCHEDULE CTO-286 - TAG-ALONG ACTIONS
## MDL NO. 875
### IN RE Asbestos Products Liability Litigation (No. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA CENTRAL** | |
| CAC 2 07-4953 | William F. Webber, et al. v. Borg-Warner Inc., et al. |
| **LOUISIANA EASTERN** | |
| ~~LAE 2 07-3777~~ | ~~Vernon L. Bourgeois, et al. v. Peter Territo, et al.~~ Opposed 9/5/07 |
| **LOUISIANA WESTERN** | |
| ~~LAW 2 07-1200~~ | ~~Glenn Albarado, et al. v. Eagle, Inc., et al.~~ Opposed 9/5/07 |
| **MISSISSIPPI NORTHERN** | |
| MSN 4 07-122 | Anthony Marvelli v. Beazer East, Inc., et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 07-921 | Henry Lee Watson v. Garlock, Inc., et al. |
| MSS 1 07-961 | Estella Pate v. General Electric Co., et al. |
| ~~MSS 1 07-984~~ | ~~Bernice H. Allen v. Plastics Engineering Co., et al.~~ Opposed 8/30/07 |
| **NORTH CAROLINA MIDDLE** | |
| NCM 1 07-567 | Kid Chandrasuwan v. Aqua-Chem, Inc., et al. |
| **NORTH CAROLINA WESTERN** | |
| NCW 1 07-240 | Diane K. Smith, etc. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-241 | James Edward Grindstaff, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-242 | Hubert Boyce Grier, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-243 | Rodney Kenneth Cosner, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-244 | Terry Lamar Lineberger, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-245 | Richard Lee Fraley, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-252 | Joel Dean McCurley, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-253 | Jimmie Eugene Matthews v. Aqua-Chem, Inc., et al. |
| NCW 1 07-254 | Ernest Laverne Price, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-255 | Jerry Clifford Powers, Sr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-260 | Tony Jerome Rivers, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-261 | Timothy Lee Stroupe, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-262 | Kenneth Dale Brooks, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-263 | Richard Franklin Sigmon, Jr., et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-264 | Linda N. Rhodes v. Aqua-Chem, Inc., et al. |
| NCW 1 07-265 | Robert Wayne Smith, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-266 | Wade Russell Saine, et al. v. Aqua-Chem, Inc., et al. |
| NCW 1 07-272 | Frances Lindley, etc. v. A.W. Chesterton Co., et al. |
| **NEW YORK EASTERN** | |
| NYE 1 07-2832 | Gene Calloway, etc. v. A.W. Chesterton Co., et al. |

SCHEDULE CTO-286 - TAG-ALONG ACTIONS (MDL NO. 875)                                            Page 2 of 2

**DIST. DIV. C.A. #**              **CASE CAPTION**

NEW YORK SOUTHERN
~~NYS 1 07-6433~~              ~~Moses Sherman, et al. v. A.J. Pegno Construction Corp., et al.~~   Opposed 9/5/2007
~~NYS 1 07-6441~~              ~~John Alexander v. Amchem Products, Inc., et al.~~   Opposed 9/5/2007
NYS 1 07-6692                  John Montgoris, et al. v. General Electric Co., et al.

SOUTH CAROLINA
SC 0 07-2649                   Robert J. Briand, Sr., et al. v. Aqua-Chem, Inc., et al.
SC 0 07-2650                   John Dougals Lathan, et al. v. Aqua-Chem, Inc., et al.
~~SC 2 07-2569~~              ~~Mary Alford, et al. v. Owens-Illinois, Inc., et al.~~   Opposed 9/4/07
~~SC 2 07-2664~~              ~~Lida M. Muench v. Owens-Illinois, Inc., et al.~~   Opposed 9/4/07
SC 8 07-2651                   Billy Ray Yates, et al. v. Aqua-Chem, Inc., et al.
SC 8 07-2693                   Jonathan Worden, et al. v. Aqua-Chem, Inc., et al.