UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

IN RE: ASBESTOS LITIGATION
------------------------------------X

JOHN MONTGORIS and SHEILA MONTGORIS

                Plaintiff,

     -VS-

A.O. SMITH WATER PRODUCTS CO. et.al.,

                Defendants.

------------------------------------X

Index No.:
07-CV-06692

STIPULATION OF DISCONTINUANCE WITH PREJUDICE AS AGAINST CRANE CO.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued as against **CRANE CO.** with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:    New York, New York
            MAY 28, 2008

_____
Kirsten A. Kneis, Esq..
Attornys for defendants
CRANE CO.
Kirkpatrick & Lockhart Preston Gates
Ellis LLP
One Newark Center 10th Floor
Newark, NJ 07102

_____
James Thompson, Esq.
Weitz & Luxenberg P.C.
Attorney for Plaintiffs
180 Maiden Lane
New York, NY 10038

SO ORDERED:

_____
U.S.D.J. 8/20/08